WILLIAM B. ROULSTONE, Appellant, *v.* NORTHERN TERMINAL CORPORATION OF NEW YORK et al., Respondents, and JAMES N. BUTTERLY, as Administrator of JAMES N. BUTTERLY, Deceased, et al., Defendants.

Argued October 15, 1943; decided December 2, 1943.

*Bernard Hershkopf* and *William B. Roulstone,* in person, for appellant.

*Charles J. Nehrbas* for Northern Terminal Corporation of New York, et al., respondents.

*Reginald S. Hardy* and *William J. Kent, Jr.,* for Catherine J. Heaney, as executrix of Frank J. Heaney, deceased, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.